FILED
2012 Sep-28 PM 05:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARICA BONNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:12-cv-02183-RDP |
| ) | |
| SANTANDER CONSUMER USA, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL AS TO CERTAIN PLAINTIFFS

**COMES NOW** defendant Santander Consumer USA, Inc. ("Defendant") and plaintiffs Edward Harper, Mozell Shelby, Tyrone Stevenson and Glenn Wallace (collectively the "Arbitration Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having stipulated to arbitrate their claims, and hereby stipulate that the Arbitration Plaintiffs' claims be **DISMISSED WITHOUT PREJUDICE** to the right of the prevailing party to enforce any arbitration award.

Respectfully submitted this 28th day of September, 2012.

| | |
|---|---|
| *s/ R. Frank Springfield* | *s/ Andrew S. Herring* |
| John R. Chiles (CHI006) | D. Frank Davis |
| Robert H. Rutherford (RUT002) | John E. Norris |
| R. Frank Springfield (SPR024) | Wesley W. Barnett |
| Martin E. Burke (BUR105) | Courtney L. Peinhardt |
| Daniel B. Snyder (SNY010) | Andrew S. Herring |
| BURR & FORMAN LLP | DAVIS & NORRIS, LLP |
| 3400 Wells Fargo Tower | The Bradshaw House |
| 420 North 20th Street | 2154 Highland Avenue South |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35205 |
| Telephone: (205) 251-3000 | Telephone: (205) 930-9900 |
| Facsimile: (205) 458-5100 | Facsimile: (205) 930-9989 |
| | |
| Attorneys for Defendant | Attorneys for Plaintiffs Edward Harper, Mozell Shelby, Tyrone Stevenson and Glenn Wallace |

2036438 v1