IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) **Case No. 1:11-cv-8987**<br>) *Related to*: Case No. 1:12-cv-4671<br>) Case No. 1:12-cv-9431 |
| v. | )<br>) Honorable Charles P. Kocoras |
| SANTANDER CONSUMER USA, INC., an Illinois Corporation, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

This matter coming before the Court on Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUGDED,

1.  Plaintiffs' motion is hereby granted; and,

2.  Pursuant to Fed. R. Civ. P. 23(g), Jay Edelson of Edelson McGuire LLC and Frank Davis of Davis & Norris LLP are hereby appointed interim co-lead counsel in the matters captioned *Espejo v. Santander Consumer USA, Inc.*, No. 1:11-cv-8987, *Bonner, et al. v. Santander Consumer USA, Inc.*, No. 1:12-cv-9431, *Humphreys v. Santander Consumer USA, Inc.*, No. 1:12-cv-4671.

IT IS SO ORDERED.

ENTERED:   January 10, 2013                   *Charles P. Kocoras*
                                                                     HONORABLE CHARLES P. KOCORAS
                                                                     UNITED STATES DISTRICT JUDGE