IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARICA BONNER, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No.: 12-cv-09431<br><br>Honorable Charles P. Kocoras<br><br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

TO:    See attached certificate of service.

**PLEASE TAKE NOTICE** that on Thursday July 30, 2015 at 09:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' counsel shall appear before the Honorable Charles P. Kocoras, or any Judge sitting in his stead, in Room 2325 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, IL 60604, and then and there present the *Unopposed Motion to Withdraw as Counsel for Plaintiffs Turquiose Williams and Maude Jones Without Substitution*, a true and accurate copy of which is attached and hereby served upon you

                                    Respectfully,

                                    **EDELSON PC and DAVIS & NORRIS LLP**,

Dated: July 27, 2015              By: s/ J. Dominick Larry
                                         EDELSON PC


                                    By: s/ D. Frank Davis
                                         DAVIS & NORRIS LLP

1

Jay Edelson
jedelson@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

Andrew S. Herring
aherring@davisnorris.com
Courtney L Peinhardt
courtney@davisnorris.com
D Frank Davis
fdavis@davisnorris.com
John E Norris
jnorris@davisnorris.com
Wesley W Barnett
wbarnett@davisnorris.com
DAVIS & NORRIS LLP
2154 Highland Avenue South
Birmingham, AL 35205
Tel: 205.930.9900
Fax: 205.930.9989

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

      On July 27, 2015, I filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered parties.

                                            s/ J. Dominick Larry