**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LORENZIE HUMPHREYS and YVETTE RHEAMES, on behalf of themselves and all others similarly situated, ) ) ) ) ) *Plaintiffs,* ) ) *v.* ) ) SANTANDER CONSUMER USA, INC., ) ) *Defendant.* ) _____ ) ) ARICA BONNER et al., ) ) *Plaintiffs,* ) ) *v.* ) ) SANTANDER CONSUMER USA, INC. ) ) *Defendant.* ) _____ ) | Case No. 12 cv 4671<br><br>Case No. 12 cv 9431<br><br>Honorable Charles P. Kocoras<br><br>Honorable Sidney I. Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, on Thursday, August 20, 2015 at 9:30 a.m. and shall then and there present **Defendant's Motion to Dismiss Plaintiffs Maude Jones, Turquiose Williams and Yvette Rheames for Lack of Prosecution**, a copy of which is attached hereto and herewith served upon you.

- 2 -

DATED:  August 6, 2015

                                        Respectfully submitted,

                                        Santander Consumer USA, Inc.,
*Defendant*

/s/Henry Pietrkowski
One of Its Attorneys

James A. Rolfes
Henry Pietrkowski
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
(312) 207-1000
jrolfes@reedsmith.com
hpietrkowski@reedsmith.com

**CERTIFICATE OF SERVICE**

      The foregoing **Notice of Motion** and **Defendant's Motion to Dismiss Plaintiffs Maude Jones, Turquiose Williams and Yvette Rheames for Lack of Prosecution** was electronically filed on August 6, 2015 with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered parties. In addition, copies of these motions were sent by first-class U.S. mail to the last known addresses for each of the three plaintiffs at issue, as follows:

    Maude Jones
    4338 Ashwood Cove
    Birmingham, Alabama 35216

    Turquiose Williams
    909 Robinson St.
    Jasper, Alabama 35501

    Yvette Rheames
    8515 S. Phillips Ave.
    Chicago, Illinois 60617

                             /s/ Henry Pietrkowski