# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Faye Levins, et al.

          Plaintiff,

v.                   Case No.: 1:12–cv–09431
                    Honorable Charles P. Kocoras

Santander Consumer USA Inc

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2015:

  MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of expert discovery. As stated on the record, plaintiff is to provide defendants' counsel with a class definition by no later than 11/11/15. Humphreys' case already dismissed; accordingly, the referral of that case to the magistrate judge is terminated. The Pereira and Bonner cases are set for a status hearing before the magistrate judge on 1/12/16 at 9:00 a.m. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.