IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>    *Defendant*. | Case No.: 1:11-cv-08987<br><br>Honorable Charles P. Kocoras<br><br>Magistrate Judge Sidney I. Schenkier |
| FAYE LEVINS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>    *Defendant*. | Case No.: 1:12-cv-09431<br><br>Honorable Charles P. Kocoras<br><br>Magistrate Judge Sidney I. Schenkier |

### ORDER GRANTING JOINT MOTION
### FOR LEAVE TO SERVE REBUTTAL EXPERT REPORT

THIS MATTER came before the Court on the Parties' Joint Motion for Leave to Serve Rebuttal Expert Report. (*Espejo* Dkt. No. 152; *Bonner* Dkt. No. 84) The Court, having considered the papers submitted in support of this motion, and good cause having been shown, HEREBY ORDERS AS FOLLOWS:

    1.    The Parties' Joint Motion for Leave to Serve Rebuttal Expert Report (*Espejo* Dkt. No. 152; *Bonner* Dkt. No. 84) is hereby **GRANTED**;

    2.    Plaintiffs are granted leave to serve a limited rebuttal report no later than January

18, 2016, addressing the feasibility of identifying the primary users of cellular telephone numbers at the time those numbers were called;

3. Any document production by Plaintiffs' rebuttal expert shall occur no later than February 1, 2016; and

4. Plaintiffs' rebuttal expert shall sit for a deposition no later than February 18, 2016.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2016.

HONORABLE SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE

2