UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Faye Levins, et al.
                                    Plaintiff,

v.                                               Case No.: 1:12–cv–09431
                                                     Honorable Charles P. Kocoras

Santander Consumer USA Inc
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 25, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report that all expert and fact discovery has been completed and that it is too early to determine whether a settlement conference would be fruitful. All matters subject to the referral having been concluded, the referral is hereby terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.