UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Faye Levins, et al.
                                   Plaintiff,
v.                                                      Case No.: 1:12–cv–09431
                                                        Honorable Charles P. Kocoras
Santander Consumer USA Inc
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 10, 2016:

    MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held. Plaintiff's class certification motion and Defendant's summary judgment motion are due by 4/21/2016; Responses are due by 6/2/2016; Replies are due by 6/23/2016. Court will rule by mail. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.