# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Faye Levins, et al.

                            Plaintiff,

v.                                                       Case No.: 1:12–cv–09431
                                                             Honorable Charles P. Kocoras

Santander Consumer USA Inc

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 27, 2016:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Unopposed Motions for Leave to File Documents Under Seal [104] and to File Memorandum of Law in Support of Motion for Class Certification with Excess Pages Instanter [106] are granted. The motion hearing date of April 28, 2016 is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.