# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, <br><br> *Plaintiff*, <br><br> v. <br><br> SANTANDER CONSUMER USA, INC., an Illinois corporation, <br><br> *Defendant*. | Case No.: 1:11-cv-08987 <br><br> Honorable Charles P. Kocoras <br><br> Magistrate Judge Sidney I. Schenkier |
| FAYE LEVINS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> SANTANDER CONSUMER USA, INC., an Illinois corporation, <br><br> *Defendant*. | Case No.: 1:12-cv-09431 <br><br> Honorable Charles P. Kocoras <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

To: See attached certificate of service.

**PLEASE TAKE NOTICE** that on Tuesday, June 21, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in Courtroom 2325 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Plaintiffs' Unopposed Motion for Leave to File Documents Under Seal***, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Respectfully submitted,

**FAYE LEVINS**, individually and on behalf of all others similarly situated, and **HENRY ESPEJO**,

Dated: June 13, 2016                By:     s/ Benjamin H. Richman
                                            One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9435

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                            s/ Benjamin H. Richman