## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Submitted December 7, 2016
Decided December 14, 2016

Before

**WILLIAM J. BAUER**, *Circuit Judge*
**DIANE S. SYKES**, *Circuit Judge*
**DAVID F. HAMILTON**, *Circuit Judge*

| No. 16-8027 | IN RE: FAYE LEVIN, Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-09431 Northern District of Illinois, Eastern Division District Judge Charles P. Kocoras ||

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL UNDER FED. R. CIV. P. 23(f)**, filed on October 28, 2016, by counsel for the petitioner.

2. **RESPONSE IN OPPOSITION TO RULE 23(f) PETITION**, filed on November 10, 2016, by counsel for the respondent.

**IT IS ORDERED** that the petition for permission to appeal under Fed. R. Civ. P. 23(f) is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)