UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARICA BONNER, et al., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., an Illinois corporation,<br><br>*Defendant*. | Case No. 1:12-cv-09431<br><br>*Related to*: Case No. 1:12-cv-04671<br>Case No. 1:16-cv-01456<br><br>Honorable Charles P. Kocoras<br><br>Honorable Sidney I. Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 6, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Charles P. Kocoras, United States District Judge, or any judge sitting in his stead in Courtroom 2325, located at United States Courthouse, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached *Unopposed Motion for Leave to Withdraw Appearance of J. Dominick Larry as One of Counsel of Record for Plaintiff Faye Levins*, at which time you may appear as you see fit.

Respectfully submitted,

Dated: March 28, 2017

By: /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

**CERTIFICATE OF SERVICE**

   I, Benjamin H. Richman, an attorney, certify that on March 28, 2017, I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                /s/ Benjamin H. Richman